**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Markus Hernandez,<br><br>      Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>      Respondents. | CV 11-00760-PHX-PGR (JFM)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Metcalf, and no party having filed any objection thereto,

IT IS HEREBY ORDERED that the Court accepts and adopts the Report and Recommendation (Doc. 20).[1]

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied and dismissed with prejudice.

---

[1] The petition sought relief on two grounds. First, Petitioner alleged that he was sentenced to an additional term in prison after violating the terms of a sentence of probation that exceeded the permissible term. The Report and Recommendation finds this claim barred by the statute of limitations and procedurally defaulted. Second, Petitioner alleged a violation of his due process and equal protection rights based on a state court determination that he had procedurally defaulted his claims. The Report and Recommendation finds this claim procedurally defaulted.

1     IT IS FURTHER ORDERED denying a certificate of appealability.

2     DATED this 4th day of June, 2012.

                             Paul G. Rosenblatt
                             United States District Judge